| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | WILLIAM B.TAYLOR<br>Special Assistant United States Attorney |
| 3 | MISDEMEANOR UNIT<br>2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-po-00002-SAB |
|---|---|
| Plaintiff, | [Citation # 9073638] |
| v. | MOTION AND ORDER TO DIMISS; AND VACATE TRIAL DATE |
| ERIC W. BLANKENSHIP | |
| Defendant. | DATE: March 11, 2020<br>TIME: 9:00 a.m<br>JUDGE: Hon. Stanley H. Boone |

The United States of America, by and through McGregor W. Scott, United States Attorney, and William B. Taylor, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:20-po-00002-SAB [Citation # 9073638] against ERIC W. BLANKENSHIP, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and requests the Court vacate the March 11, 2020 trial date in this matter.

DATED: January 28, 2020

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ William B. Taylor
WILLIAM B. TAYLOR
Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:20-po-00002-SAB [Citation #9073638] against ERIC W. BLANKENSHIP is dismissed, without prejudice, in the interest of justice, and the trial date of March 11, 2020 is vacated.

IT IS SO ORDERED.

Dated: **January 29, 2020**

UNITED STATES MAGISTRATE JUDGE